**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

    v.

EDUARDO AYON,

             Defendant - Appellant.

No. 10-50021

D.C. No. 3:06-cr-02162-BEN

MEMORANDUM[*]

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted August 23, 2010[**]

Before:    LEAVY, HAWKINS, and THOMAS, Circuit Judges.

    Eduardo Ayon appeals from the 12-month sentence imposed following the

revocation of his supervised release.  We have jurisdiction under 28 U.S.C. § 1291,

and we affirm.

---

      [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

      [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Ayon contends that the district court failed to adequately explain its sentence. The district court's explanation was sufficient and met the requirements of 18 U.S.C. § 3553(c)(2). *See United States v. Musa*, 220 F.3d 1096, 1101 (9th Cir. 2000).

Ayon also contends that the imposition of supervised release violates *Apprendi v. New Jersey*, 530 U.S. 466 (2000). This argument is foreclosed by *United States v. Santana*, 526 F.3d 1257, 1262 (9th Cir. 2008).

**AFFIRMED.**